FILED
SEP 01 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (REV 1011) Criminal Complaint

AUSA Sean K. Driscoll (312) 353-5300

FILED
SEP 01 2017
M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANIEL SCOTT SALA

CASE NUMBER:
UNDER SEAL

17CR 578

CRIMINAL COMPLAINT  MAGISTRATE JUDGE WEISMAN

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 16, 2017, at Burbank, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

REID SULLIVAN
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: September 1, 2017

Judge's signature

City and State: Chicago, Illinois

M. DAVID WEISMAN, U.S. Magistrate Judge
*Printed name and Title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ss |
| NORTHERN DISTRICT OF ILLINOIS | |

## AFFIDAVIT

I, REID SULLIVAN, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since 2010. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to domestic terrorism. I am experienced in and have received training in a wide variety of federal crimes, including fraud, international terrorism, and domestic terror investigations. I have participated in the execution of multiple federal arrest warrants. I am both a certified firearms instructor and special weapons and tactics (SWAT) operator. As such, I am experienced in identifying, utilizing, and rendering safe firearms.

2. This affidavit is submitted in support of a criminal complaint alleging that DANIEL SCOTT SALA has violated Title 18, United States Code, Section 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SALA with possession of a firearm by a felon, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, records received from third parties, records seized pursuant to federal search warrants, and information

provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts.

I. **FACTS SUPPORTING PROBABLE CAUSE**

   *A. Background on DANIEL SCOTT SALA*

   4. According to certified records from the Circuit Court of Cook County, Illinois, DANIEL SCOTT SALA pleaded guilty to Class 2 felony burglary, in violation of Illinois Statute 720-5/19-1(a) on or about July 14, 2009, and was sentenced to time served and two years of probation. According to the statute itself, the maximum possible sentence for this crime is a period of incarceration of greater than one year.

   5. On or about December 1, 2016, I contacted the Bureau of Alcohol, Tobacco, and Firearms (ATF) in order to verify SALA's firearms possession status. According to the ATF, there are no records showing that SALA's right to possess firearms was restored following his conviction. Furthermore, ATF reported no expungement records for SALA's conviction.

   6. According to records of the Illinois Secretary of State, SALA's address for his state identification is a single-family house in Burbank, Illinois (the Subject Premises).

   *B. Federal Search Warrant Executed at SALA's Residence*

   7. On or about March 15, 2017, the Honorable Mary M. Rowland, United States Magistrate Judge for the Northern District of Illinois, issued a search warrant (17 M 131) for the Subject Premises.

8. On or about March 16, 2017, the FBI executed the search warrant at the Subject Premises. Among other things recovered by law enforcement, and as detailed below, the FBI seized two handguns and numerous rounds of handgun and shotgun ammunition. SALA was present during the execution of the search warrant.

9. After FBI personnel advised SALA that he was not under arrest and that he was free to leave at any time, SALA agreed to speak with the FBI voluntarily, and stated that he was willing to cooperate with the investigation.

10. Subsequently, among other things, SALA told FBI personnel that the Subject Premises was his residence and that he occupied the entire second floor of the house with his girlfriend. SALA told agents that his girlfriend lawfully owned firearms that were located in the residence. SALA told the FBI where these firearms were located, and personally escorted agents to his bedroom to show them the locations of each firearm, as well as live ammunition.

11. In the bedroom, FBI personnel observed numerous items indicating that it was occupied by SALA. Among other things, law enforcement personnel conducting the search found men's clothing, several United States Marine Corps flags,[1] pictures of SALA, and mail addressed to SALA. In that bedroom, the FBI recovered firearms and ammunition, including:

    a. a Ruger .380 pistol with serial number 371163812, found on top of a bureau along with a camouflage hat with the Marine Corps emblem, pages of a

---

[1] According to military records, SALA served in the United States Marine Corps from approximately 1989 to 1997.

3

photo album containing SALA's picture, and a box of Axe for Men deodorant;

  b. a loaded magazine for the above Ruger .380 pistol, found several inches away on the bureau;

  c. a black Velcro ammunition belt holding five 12-gauge shotgun rounds, found in the same bureau where the Ruger pistol was located, inside of a drawer that also contained an envelope with a return address of "The American Legion Benefits Department;"[2]

  d. a box containing a variety of live ammunition, located next to the bureau described above, and outside of a closet containing men's clothing and shoes; and

  e. a Beretta 9mm pistol with serial number PZ0332A, found on the floor next to the bed, in a case on top of what appear to be women's slippers, alongside a table with mail from the U.S. Department of Veteran's Affairs addressed to SALA at the Subject Premises.[3]

 12. During the search, SALA also told FBI personnel, among other things, that: (1) he was a convicted felon; and (2) he had engaged in firing a variety of real firearms, and provided firearms training to others with real firearms, as recently as fall 2016 (which is after his 2009 felony conviction).

---

[2] The FBI is not aware of SALA's girlfriend having served in the military. SALA's father is believed to have served.

[3] According to Illinois State Police records, SALA's girlfriend possessed a valid Firearm Owner's Identification Card. Furthermore, a receipt in her name for the purchase of the Beretta pistol was also found during the search.

### C. Prior Federal Search Warrant for SALA's Facebook Accounts

13. Prior to the execution of the search warrant at SALA's residence, on or about December 13, 2016, the Honorable Sidney Schenkier, United States Magistrate Judge for the Northern District of Illinois, issued a search warrant (16 M 603) for two Facebook accounts used by SALA. On or about December 27, 2016, Facebook produced the search warrant results to the FBI. I, along with other agents, have reviewed those search warrant returns, including both publicly viewable posts and private messages.

14. Regarding one of those accounts, a Facebook account with username "dan.sala.98" and display name "Dan Sala" (Subject Account 1), among other posts and conversations in those search warrant returns, I observed the following:

    a. Numerous pictures posted by the user of the account ("Dan Sala"), which, having compared them to driver's license and arrest photos of SALA, as well as my recollection of meeting SALA in person, appear to be the same individual;

    b. A picture posted by the user of the account ("Dan Sala") in approximately November 2016 depicting what appears to be SALA standing in the backyard of the Subject Premises[4] holding what appears to be, based on my training and experience as a certified SWAT operator and FBI firearms instructor, a 12-gauge Savage Arms Stevens 320 Shotgun; and

    c. Several postings, beginning on or about April 8, 2016, featuring photographs of an individual handling a shotgun (accessorized with what appears to

---

[4] I viewed the backyard of the Subject Premises during the search in March 2017.

5

be shotgun ammunition in a holder on its stock), and accompanying written posts from "Dan Sala" regarding firearms use, including the following image:



15.   In the written posting accompanying the photograph, the user of Subject Account 1 with the display name of "Dan Sala" wrote: "CAN YOU COME OUT AND PLAY?" In response to a post from another Facebook user, "Dana Sala" responded, "MCHENRY." Based on my training and experience, I know that McHenry is a county located in the Northern District of Illinois.

16.   Following the initial posts described and pictured above, additional follow up postings were made by the user of Subject Account 1 on subsequent days in April 2016. In those images, posts from "Dan Sala" depict an individual standing in proximity to what appears to be a firearms range with targets, and then engaging targets with a firearm. Furthermore, in response to a post asking "Mean shotgun…Remy or smith [firearm manufacturers Remington or Smith & Wesson]," Subject Account 1 user "Dan Sala" wrote, "SAVAGE 320".

6

17. As noted above, based on my training and experience with firearms, I believe that the firearm held by SALA in the photograph in paragraph 14.c is a 12-gauge Savage Arms Stevens 320 Shotgun, which is the same firearm listed by the user of Subject Account 1 in this post. Additionally, the shotgun ammunition holder seen in the Facebook posts appears to be the same item seized by law enforcement from the dresser in SALA's bedroom during the March 2017 search (see Paragraph 11.c above).

### D. SALA Identifies Himself Possessing Firearms in his Facebook Posts

18. During the execution of the search warrant, FBI personnel showed SALA several photos taken from his Facebook account (including Subject Account 1). SALA acknowledged that he was pictured in the photographs, signed them, and noted, among other things:

    a. When shown the photograph included above in Paragraph 14.c, SALA identified himself as the masked individual in the photo, noted it was in "McHenry," and wrote on the photo that the firearm was "[Individual A]'s Sav Shotgun."

    b. When shown the photograph discussed above in Paragraph 14.b, SALA identified himself as the individual in the photo, and noted that the firearm was "[Individual A]'s Sav Arms 320."

### E. Interstate Commerce

19. According to an interstate nexus trace report completed by the Bureau of Alcohol, Tobacco, and Firearms:

7

a. the Ruger .380 pistol with serial number 371163812 was manufactured outside of the state of Illinois; and

b. the Beretta 9mm pistol with serial number PZ0332A was manufactured outside of the state of Illinois.

20. Based on my training and experience, and the website of Savage Arms, I know that the company is located in Massachusetts. The website does not list any manufacturing locations in the state of Illinois.

## CONCLUSION

21. Based on the above information, I respectfully submit there is probable cause to believe that on or about March 16, 2017, DANIEL SCOTT SALA violated Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

_____
REID SULLIVAN
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on September 1, 2017.

_____
M. DAVID WEISMAN
United States Magistrate Judge